UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MYKAYLA FAGNANI,

                  Plaintiff,

      - against -

AVIATOR GEAR, INC.,

                  Defendant.

22-cv-10366 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The time to respond to the complaint is extended to **March 7, 2023**. If the defendant fails to respond by that date, the plaintiff may move by order to show cause for a default judgment by **March 21, 2023**. If the plaintiff fails to move for a default judgment by that date, the case will be dismissed without prejudice for failure to prosecute.

    The conference scheduled for March 21, 2023 is **canceled**.

SO ORDERED.

Dated:    New York, New York
            February 21, 2023

                                                John G. Koeltl
                                      United States District Judge