```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
MYKAYLA FAGNANI,
                                              22-cv-10366 (JGK)
                  Plaintiff,
                                              ORDER
      - against -

AVIATOR GEAR, INC.,

                  Defendant.
------------------------------------
```

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by March 22, 2023.

SO ORDERED.

Dated:    New York, New York
            March 8, 2023

                                              /s/ John G. Koeltl
                                                  John G. Koeltl
                                        United States District Judge