**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

MYKAYLA FAGNANI,

                        **Plaintiff,**

            -against-

AVIATOR GEAR, INC.,

                      **Defendant.**

-----------------------------------------------------------------X

**22-CV-10366 (JGK)(SN)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __ 3/21/2023

**SARAH NETBURN, United States Magistrate Judge**:

      On March 20, 2023, the Honorable John. G. Koeltl assigned this matter to my docket for

settlement. By March 28, 2023, the parties are directed to email Courtroom Deputy Rachel

Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule

a settlement conference. Due to the Court's busy calendar, settlement conferences must generally

be scheduled at least six to eight weeks in advance. The Court will likely be unable to

accommodate last-minute requests for settlement conferences, and the parties should not

anticipate that litigation deadlines will be adjourned in response to late requests for settlement

conferences.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      March 21, 2023
                New York, New York